**Opinion issued July 16, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00437-CV

———————————

## IN RE 247 FREIGHT SERVICES, LLC AND ADEWALE OLUBUMMO, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, 247 Freight Services, LLC and Adewale Olubummo, have filed a petition for writ of mandamus, seeking an order directing the trial court to reverse its order denying relators' motion to strike intervention.[1]

---

[1] The underlying case is *247 Freight Services, LLC and Adewale Olubummo v. A.H. United Carriers, Inc., Henry Godwin and Adebayo Smith*, cause number 2017-80440, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We **deny** relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Hightower.